IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ROBERTO CUEVAS-HERNANDEZ, ) <br> ) <br>     Petitioner, ) <br> ) <br> vs. ) <br> ) <br> LAWRENCE WASDEN, ) <br> ) <br>     Respondent. ) <br> _____ ) | Case No. CV 07-0174-S-LMB <br><br> **JUDGMENT** |

The parties have consented to a United States Magistrate Judge conducting all proceedings, including ordering the entry of final judgment, in accordance with 28 U.S.C. § 636(c).  (Docket No. 18.)

Based on the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice as untimely.

DATED:  **November 30, 2009**.

_____
Honorable Larry M. Boyle
United States Magistrate Judge

JUDGMENT